1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Jose Trujillo

7  Viviano E. Aguilar. SBN 306029
   BELDEN BLAINE RAYTIS, LLP
8  5016 California Avenue, Suite 3
   Bakersfield, California  93561
9  Telephone:  (661) 864-7826
   Email: viviano@bbr.law
10
   Attorneys for Defendants,
11

12                    **UNITED STATES DISTRICT COURT**

13                     **EASTERN DISTRICT OF CALIFORNIA**

14

15

16 | JOSE TRUJILLO,                                   ) No.  1:21-cv-01467-DAD-SKO
   |                                                  )
17 |           Plaintiff,                             ) **STIPULATION & ORDER SETTING**
   |                                                  ) **ASIDE ENTRY OF DEFAULT**
18 |      vs.                                         )
   |                                                  ) **(Doc. 9)**
19 | VEJAR'S, INC. dba VEJAR'S MEXICAN                )
   | RESTAURANT & COCKTAIL LOUNGE;                    )
   | MARKETABLE URBAN INVESTMENTS,                    )
20 | LLC,                                             )
   |                                                  )
21 |           Defendants.                            )
   |                                                  )
22 |                                                  )
   |                                                  )
23 |_____)

24

25

26

27

28

1  **IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and
2 Defendants, VEJAR'S, INC. dba VEJAR'S MEXICAN RESTAURANT & COCKTAIL
3 LOUNGE, and MARKETABLE URBAN INVESTMENTS, LLC, the parties to this action,
4 that pursuant to Federal Rule of Civil Procedure 55(c), entry of default against Defendants
5 should be set aside.

6  The Parties respectfully request that the Court approve the Parties stipulation, and set
7 aside the default entered against Defendants, as provided for in the attached Order.

8 **IT IS SO STIPULATED**

9  1-4-22
Dated: _____                          MOORE LAW FIRM, P.C.
10

11
                                          */s/ Tanya E. Moore*
12                                        Tanya E. Moore
                                          Attorneys for Plaintiff,
13                                        Jose Trujillo
14

15  1-4-22
Dated: _____                          BELDEN BLAINE RAYTIS, LLP
16

17
                                          */s/ Viviano E. Aguilar*
18                                        T. Scott Belden
                                          Viviano E. Aguilar
19                                        Attorneys for Defendants

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                        */s/ Viviano E. Aguilar*
                                        Viviano E. Aguilar
                                        Attorney for Defendants

**ORDER**

Good cause appearing, the Court grants the parties' foregoing stipulation (Doc. 9) and SETS ASIDE entry of default against Defendants VEJAR'S, INC. dba VEJAR'S MEXICAN RESTAURANT & COCKTAIL LOUNGE, and MARKETABLE URBAN INVESTMENTS, LLC.  (Docs. 7 & 8.)

Defendants' responsive pleadings shall be due 14-days from service of notice of entry of this order.

IT IS SO ORDERED.

Dated:   **January 7, 2022**                                  /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE