1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Jose Trujillo
6
   T. Scott Belden, State Bar No. 184387
7  scott@bbr.law
   Viviano E. Aguilar, State Bar No. 306029
8  viviano@bbr.law
   BELDEN BLAINE RAYTIS, LLP
9  5016 California Avenue, Suite 3
   Bakersfield, California 93309
10 Telephone: (661) 864-7827
   Facsimile: (661) 878-9797
11
   Attorneys for Defendants,
12 Vejar's, Inc. dba Vejar's Mexican Restaurant
   & Cocktail Lounge, and Marketable Urban
13 Investments, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO, | No. 1:21-cv-01467-DAD-SKO |
| Plaintiff, | **STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| VEJAR'S, INC. dba VEJAR'S MEXICAN RESTAURANT & COCKTAIL LOUNGE, et al., | **(Doc. 18)** |
| Defendants. | |

**WHEREAS**, the Mandatory Scheduling Conference in this matter, originally scheduled for January 20, 2022, was continued by the Court to March 22, 2022 (Dkt. 14);

//

//

1    **WHEREAS**, the Mandatory Scheduling Conference was convened on March 22, 2022, 2 but was continued to June 14, 2022 to allow the parties an opportunity to engage in settlement 3 discussions following a site inspection scheduled for April 12, 2022 (Dkt. 17);

4    **WHEREAS**, although the site inspection was conducted as scheduled on April 12, 2022, 5 Plaintiff has not yet received his consultant's written findings but expects them within the next 6 week;

7    **WHEREAS**, the Parties cannot engage in meaningful settlement discussions until 8 Plaintiff has received his consultant's written findings;

9    **NOW, THEREFORE,** Plaintiff Jose Trujillo ("Plaintiff") and Defendants Vejar's, Inc. 10 dba Vejar's Mexican Restaurant & Cocktail Lounge and Marketable Urban Investments, LLC 11 ("Defendants," and together with Plaintiff, the "Parties"), stipulate and jointly request that the 12 Mandatory Scheduling Conference be continued to a date on or after July 14, 2022 at the Court's 13 convenience, to allow them to engage in further settlement discussions once Plaintiff receives 14 his consultant's written findings.

15    **IT IS SO STIPULATED.**

17 Dated: June 3, 2022                    MOORE LAW FIRM, P.C.

19                                         */s/ Tanya E. Moore*
                                           Tanya E. Moore
20                                         Attorney for Plaintiff,
                                           Jose Trujillo

22 Dated: June 3, 2022                    BELDEN BLAYNE RAYTIS, LLP

24                                         */s/ Viviano E. Aguilar*
                                           T. Scott Belden
25                                         Viviano E. Aguilar
                                           Attorneys for Defendants,
26                                         Vejar's, Inc. dba Vejar's Mexican Restaurant
                                           & Cocktail Lounge, and Marketable Urban
27                                         Investments, LLC

28

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER

Page 2

# **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for June 14, 2022, is continued to **August 11, 2022, at 10:30 A.M.** before Magistrate Judge Sheila K. Oberto. The parties are to file their updated Joint Scheduling Report including an update on settlement efforts no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **June 6, 2022**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER